IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK A. CHAMBERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-117-bbc

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Derek A. Chambers granting his motion for summary judgment and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

_____
Peter Oppeneer, Clerk of Court

3/1/2013
Date