IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK A. CHAMBERS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-117-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Derek Chambers attorney fees and costs in the amount of $6,600 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____  
Peter Oppeneer, Clerk of Court

6/25/2013  
Date