IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK A. CHAMBERS,

                Plaintiff,                          JUDGMENT IN A CIVIL CASE

        v.                                          Case No. 11-cv-117-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Derek Chambers attorney fees and costs in the amount of $6,600 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


_____        _____
      Peter Oppeneer, Clerk of Court              6/25/2013
                                                    Date