IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEREK A. CHAMBERS,

                         Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                         Defendant.

ORDER

11-cv-117-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan, counsel for plaintiff Derek Chambers has moved for authorization of an award of attorney fees for his work representing plaintiff in this social security proceeding. Counsel is seeking $9,591.48 to be paid to counsel and $6,600 to be paid to plaintiff Chambers under the Equal Access to Justice Act, 28 U.S.C. 2412, in full satisfaction of any claim for fees and costs in this case. The Commissioner does not oppose counsel's request.

      After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that $9,591.48 be paid to counsel and $6,600 be paid to plaintiff Chambers under the EAJA assignment signed by plaintiff and his counsel.

1

ORDER

IT IS ORDERED that plaintiff Derek Chambers's motion for attorney fees and costs in the amount of $9,591.48 and $6,600, dkt. 31, is GRANTED.

Entered this 11th day of February, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge