IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK CHAMBERS,

      Plaintiff,                               JUDGMENT IN A CIVIL CASE

    v.                                     Case No.  11-cv-117-bbc

CAROLYN COLVIN, Acting
Commissioner of Social Security,

      Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Derek Chambers attorney fees and costs in the amount of $9,591.48 to be paid to plaintiff's counsel and $6,600 to be paid to plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ N. Nelson, Deputy Clerk
Peter Oppeneer, Clerk of Court

2/12/2015
Date